ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 3 0 2005
CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DARREN HIGHTOWER, #1164913, <br> Petitioner, <br><br> v. <br><br> DOUGLAS DRETKE, Director, Texas <br> Department of Criminal Justice, <br> Correctional Institutions Division, <br> Respondent. | 3:05-CV-0863-B |

## ORDER

After making the independent review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

IT IS, THEREFORE, ORDERED that the Findings, Conclusions and Recommendation of the Magistrate Judge are ADOPTED.

Signed this 30th day of Sept., 2005.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE